JAP:JMM

17 M 0530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

YONCELA MAMECEE STANLEY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

        LARRY ADAMS, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

        On or about June 11, 2017, within the Eastern District of New York and elsewhere, the defendant YONCELA MAMECEE STANLEY did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Sections 952(a) and 960).

        The source of your deponent's information and belief are as follows:[1]

        1.    On or about June 11, 2017, the defendant YONCELA MAMECEE STANLEY arrived at John F. Kennedy Airport ("JFK") in Queens, New York, aboard JetBlue Airlines Flight B6882 from Vieux, St. Lucia.

---

[1]    Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2. Upon her arrival at JFK, the defendant YONCELA MAMECEE STANLEY, who was in a motorized wheelchair, was selected for an enforcement examination by United States Customs and Border Protection ("CBP") officers.

3. The defendant stated that the wheelchair belonged to her and that she had not been given anything to carry into the United States. She presented her baggage for examination. She appeared to be nervous during the baggage exam.

4. The K9 handler on site brought the dog to the wheelchair and it alerted to some type of contraband. The back panel of the wheelchair was removed and x-rayed, and the x-ray revealed abnormalities. CBP officers then dismantled the back rest and observed five brick-shaped packages. A further probe revealed six brick-shaped packages and two clear bags containing a white powdery substance in the area of the wheelchair seat.

5. The brick-shaped packages and the two clear bags were field tested. All items, with the exception of one brick-shaped package, field tested positive for cocaine. A gross weight of 12.489 kilograms of cocaine were seized.

WHEREFORE, your deponent respectfully requests that the defendant YONCELA MAMECEE STANLEY be dealt with according to law.

Dated: Brooklyn, New York
June 12, 2017

_____
Larry Adams
Special Agent
United States Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
12th day of June, 2017

_____  s/Mann  _____
THE HON(                          NN
UNITED S'                         )GE
EASTERN                           <

3